UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELEAZAR HERRERA, on behalf of all those similarly situated to him,

Plaintiff(s),

v.

ONTRAC LOGISTICS, INC., a Delaware Corporation; JESUS FERNANDO GONZALEZ, an individual; LEO [LAST NAME UNKNOWN], an individual; and DOES 1 THROUGH 100, inclusive,

Defendant(s).

Case No. 3:25-cv-00022

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Janis E. Steck, an active member in good standing of the bar of Indiana, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant, OnTrac Logistics, Inc. in the above-entitled action. My local co-counsel in this case is Christopher C. McNatt, Jr., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 174559.

| | |
|---|---|
| Scopelitis, Garvin, Light, Hanson & Feary, P.C.<br>10 West Market Street, Suite 1400<br>Indianapolis, IN 46204<br>MY ADDRESS OF RECORD | Scopelitis, Garvin, Light, Hanson & Feary P.C.<br>2 North Lake Avenue, Suite 560<br>Pasadena, CA 91101<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (317) 637-1777<br>MY TELEPHONE # OF RECORD | (626) 795-4700<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jsteck@scopelitis.com<br>MY EMAIL ADDRESS OF RECORD | cmcnatt@scopelitis.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 28791-49.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/9/2025

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Janis E. Steck is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 10, 2025

UNITED STATES MAGISTRATE JUDGE

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

JANIS ELEANOR STECK

is a member of the bar of the Supreme Court of Indiana since admission on October 16, 2009, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 17th day of December, 2024.



Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court