UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORIO DAVID RESENDIZ
VALLARTA, et al.,

       Plaintiffs,

    v.

ONTRA LOGISTICS, INC., et al.,

       Defendants.

Case No.  25-cv-10243-VC

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Rita F. Lin for consideration of whether the case is related to *Herrera v. Ontrac Logistics, Inc. et al*, No. CV 3:25-cv-00022-RFL.

**IT IS SO ORDERED.**

Dated: February 2, 2026

_____
VINCE CHHABRIA
United States District Judge